# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

    **Plaintiff,**

v.                                Case No. 05-20077-03-JWL

**Juan Carlos Quintana-Navarette,**

    **Defendant.**

## MEMORANDUM & ORDER

On June 23, 2017, Mr. Quintana-Navarette filed a motion for early termination of his term of supervised release. He asserts in the motion that he has completed four years and two months of his five-year term and that he has not violated the terms of his supervised release at any time. In the alternative, Mr. Quintana-Navarette requests the court to authorize his probation officer to permit Mr. Quintana-Navarette to travel to Mexico for the purpose of visiting family members. The government, after corresponding with Mr. Quintana-Navarette's probation officer, opposes the motion for early termination but agrees to Mr. Quintana-Navarette's specific request for international travel authorization. Information submitted by the United States Probation Office indicates that Mr. Quintana-Navarette has maintained a stable residence and full-time employment throughout his term of supervised release.

It appears from Mr. Quintana-Navarette's motion that his primary concern with respect to his supervision is his ability to travel to Mexico to visit family. The court will grant permission to the United States Probation Office to authorize such travel at its discretion. Having addressed that concern, the court sees no reason to terminate Mr. Quintana-Navarette's term of supervised

release early—particularly as that term is nearly complete and he may benefit from continued supervision in the meantime.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Quintana-Navarette's motion for early termination of supervised release (doc 254) is **denied.**

**IT IS FURTHER ORDERED BY THE COURT THAT** the United States Probation Office may, at its discretion, authorize defendant's travel to Mexico while on supervision.

**IT IS SO ORDERED.**

Dated this 5th day of July, 2017, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge